# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 29, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

140002

DAVID GILLIE,
           Plaintiff-Appellant,

v

GENESEE COUNTY TREASURER and
GENE L. WHITE,
           Defendants-Appellees,

and

BARRY D. FLOYD and KAREL J. FLOYD,
           Defendants.
_____/

SC: 140002
COA: 287869
Genesee CC: 05-081012-CH

      On order of the Court, the application for leave to appeal the October 6, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 29, 2010

_____
Clerk

d0322